# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Judith Heilich, Scott Weyant, and Fort Jackson Masonic Lodge No. 374, AFM<br>*Plaintiffs*<br>v.<br>United States of America<br>*Defendant* | Civil Action No. 3:16-03054-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiffs shall take nothing of the Defendant and this action is dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted defendant's motion to dismiss.

Date: December 26, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*